NORTHERN DISTRICT OF TEXAS
**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the order of the Court.**

Signed December 15, 2005

United States Bankruptcy Judge

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 02-70068-HDH-13 |
| | § | |
| RICHARD GONZALEZ NAVARRO and | § | |
| IRMA VIRGENMINA NAVARRO, | § | |
|     Debtor | § | CHAPTER 13 |
| | § | |
| GMAC MORTGAGE CORPORATION, | § | |
|     Movant | § | FINAL HEARING DATE:  12/12/2005 |
| | § | |
| v. | § | TIME:  09:00 AM |
| | § | |
| RICHARD GONZALEZ NAVARRO and | § | |
| IRMA VIRGENMINA NAVARRO; | § | |
| and WALTER O'CHESKEY, | § | |
| Trustee | § | |
|     Respondents | § | JUDGE HARLIN D. HALE |

**ORDER LIFTING STAY**

On this day came on before the Court the Motion of GMAC MORTGAGE CORPORATION, Movant, for Relief from the Automatic Stay.  The Court is advised the Parties agree to the lifting of the Stay and the Motion should be granted.  Therefore, it is

ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

> LOT NO. THIRTEEN (13), IN BLOCK NO. TWENTY (20), SUNNYSIDE HEIGHTS, SECTION TWO (2), AN ADDITION TO THE CITY OF WICHITA FALLS, WICHITA COUNTY, TEXAS, ACCORDING TO PLAT OF RECORD IN VOLUME 7, PAGE 15, WICHITA COUNTY, PLAT RECORDS.

### End of Order ###

APPROVED AS TO FORM AND SUBSTANCE

BARRETT BURKE WILSON CASTLE
DAFFIN & FRAPPIER, L.L.P.